# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16-CR-00150-DGK-08 |
| ) | |
| CINDY ANN NEVATT, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Sarah W. Hays (Doc. 298), the plea of guilty by the Defendant to the Information, is now accepted and the Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the Court.

**IT IS SO ORDERED.**

       /s/ Greg Kays
       GREG KAYS, CHIEF JUDGE
       UNITED STATES DISTRICT COURT

Dated:  August 30, 2017